**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1826**

———————

CAROLINE ABISOLA OKUTUGA,

Plaintiff - Appellant,

v.

ROBERT MILLER; UNKNOWN PERSONNEL,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Stephanie A. Gallagher, District Judge.  (8:25-cv-01979-SAG)

———————

Submitted:  November 25, 2025                    Decided:  December 1, 2025

———————

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Caroline Abisola Okutuga, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Caroline Abisola Okutuga appeals the district court's order dismissing her amended civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Okutuga v. Miller*, No. 8:25-cv-01979-SAG (D. Md. July 9, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
